*receipt# 11092179*
*8/3/11 $4.62*

**CHIARI & ILECKI, LLP**
ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQUARE, SUITE 1440
BUFFALO, NEW YORK 14203

**DOCKETED**

TELEPHONES:
Erie County: (716)838-4300
(716)854-1332
Fax:(716)204-9728

GERALD CHIARI
WILLIAM ILECKI

SARA BULSON
BARBARA R. RIDALL
SUZANNE SMITH
KEITH ROSEBORO

HAROLD P. BULAN OF COUNSEL
MORRIS L. HORWITZ OF COUNSEL

July 29, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Ste. 250
Buffalo, NY 14202

**FILED**
AUG - 3 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

    Re: BARNES, JACQULINE
    Case #08-15485-K
    Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $4.62. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

  ___    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

  _X_    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant: RECOVERY MANAGEMENT SYSTEMS   amount $4.62   Claims Register #11

                                /s/ Harold P. Bulan
                                Harold P. Bulan, Trustee